IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>  Defendants. | Civil Action No.  6:20-cv-01042-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br><br>HP INC.,<br><br>  Defendant. | Civil Action No.  6:20-cv-01041-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>  Plaintiff,<br><br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No.  6:21-cv-00276-ADA |

### ORDER STAYING CASES

Came on to be heard Dell Technologies, Inc. and Dell Inc.'s Opposed Motion to Stay and HP Inc.'s Opposed Motion to Join Dell's Pending Motion to Stay. The Court considered the

pleadings and the argument of counsel for all parties and is of the opinion the Motion should be GRANTED, and the three captioned cases above should be stayed.

It is therefore ordered that the three captioned cases are STAYED IN THEIR ENTIRETY pending resolution of Federal Circuit Case No. 2020-2222, styled *California Inst. of Tech. v. Broadcom* ("the Appeal"), which is scheduled for oral argument on September 1, 2021. The parties are directed to file a joint status report with the Court within 35 days of the Federal Circuit's issuance of a written decision in the Appeal setting forth the parties' positions regarding whether the stay should be lifted at that time.

**SIGNED** THIS  12th  day of    August   , 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE