# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Plaintiff,<br><br>HP INC.,<br><br>              Defendant. | Civil Action No. 6:20-cv-01041-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Plaintiff,<br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>              Defendants. | Civil Action No. 6:20-cv-01042-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Plaintiff,<br><br>MICROSOFT CORPORATION,<br><br>              Defendants. | Civil Action No. 6:21-cv-0276-ADA |

## FOURTH JOINT STATUS REPORT PURSUANT TO ORDER STAYING CASES

Pursuant to the Court's August 9, 2023 communication to the parties and April 4, 2022 Order Continuing the Stay of Cases, the parties have conferred and agreed that the stay shall be lifted in the above-captioned case on September 5, 2023. The parties jointly request an early CMC to discuss with the Court how certain threshold issues (e.g., standing and license) can be addressed. The parties have also conferred and agreed that they will progress in their discussions and exchange of information regarding the '552 patent-in-suit raised before the stay.[1]

---

[1] The '552 patent is no longer asserted against Microsoft.

Dated: August 16, 2023                             Respectfully submitted,

By:   */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN |TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

James R. Asperger (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100
jimasperger@quinnemanuel.com

Kevin Johnson
Todd Briggs (*pro hac vice* pending)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801 5000
Facsimile: (650) 801 5100
kevinjohnson@quinnemanuel.com
toddbriggs@quinnemanuel.com

Brian Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849 7000
Facsimile: (212) 849 7100
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiff*
*California Institute of Technology*

Dated:  August 16, 2023         */s/ Mark D. Selwyn*

Edward R. Reines
edward.reines@weil.com
Anne M. Cappella
anne.cappella@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000

Sarah R. Frazier (*pro hac vice*)
sarah.frazier@wilmerhale.com
Richard Goldenberg (*pro hac vice*)
richard.goldenberg@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Richard W. O'Neill (*pro hac vice*)
richard.o'neill@wilmerhale.com
Cynthia D. Vreeland (TX Bar # 20625150)
cynthia.vreeland@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

James M. Dowd (*pro hac vice*)
james.dowd@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

Joseph F. Haag (*pro hac vice*)
joseph.haag@wilmerhale.com
Sonal N. Mehta (*pro hac vice*)
sonal.mehta@wilmerhale.com
Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  (650) 858-6000

*Attorneys for Defendant HP Inc.*

Dated:  August 16, 2023

　　　　　　　*/s/ Mark D. Selwyn*
Sarah R. Frazier (*pro hac vice*)
sarah.frazier@wilmerhale.com
Richard Goldenberg (*pro hac vice*)
richard.goldenberg@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Richard W. O'Neill (*pro hac vice*)
richard.o'neill@wilmerhale.com
Cynthia D. Vreeland (TX Bar # 20625150)
cynthia.vreeland@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000

James M. Dowd (*pro hac vice*)
james.dowd@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 443-5300

Joseph F. Haag (*pro hac vice*)
joseph.haag@wilmerhale.com
Sonal N. Mehta (*pro hac vice*)
sonal.mehta@wilmerhale.com
Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  (650) 858-6000

*Attorneys for Defendants Dell Technologies Inc.
and Dell Inc.*

Date: August 16, 2023             */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson (*Pro Hac Vice*)
jonathan.lamberson@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0324

Alison Hanstead (*Pro Hac Vice*)
ahanstead@whitecase.com
Hallie E. Kiernan (*Pro Hac Vice*)
hallie.kiernan@whitecase.com
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200

>Melissa R. Smith
>Texas Bar No. 24001351
>melissa@gillamsmithlaw.com
>**GILLAM & SMITH, LLP**
>303 South Washington Avenue
>Marshall, Texas 75670
>Tel: (903) 934-8450
>Fax: (903) 934-9257
>
>*Attorneys for Defendant and Counterclaim Plaintiff Microsoft Corporation*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 16th day of August, 2023.

>  /s/ G. Blake Thompson
> **G. Blake Thompson**