## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                              Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>                              Defendant. | Civil Action No. 6:20-cv-01041-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                              Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. AND DELL INC.,<br><br>                              Defendants. | Civil Action No. 6:20-cv-01042-ADA |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                              Plaintiff,<br><br>v.<br><br>MICROSOFT CORP.,<br><br>                              Defendant. | Civil Action No. 6:21-cv-00276-ADA<br><br>Judge:    Hon. Alan D Albright<br><br>**JURY TRIAL DEMANDED** |

## ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

On October 24, 2023, the Parties in the above-captioned actions appeared at a Case

Management Conference by and through counsel of record. After consideration of the discussion, the Court hereby **ORDERS** as follows:

1. The Parties shall meet and confer regarding the schedule and procedures for an evidentiary hearing on issues related to Caltech's standing with respect to the asserted patents and to Microsoft's Motion for Summary Judgement of Non-Infringement Due to a License (Case No. 6:21-cv-00276, Dkt. No. 26), and any discovery related thereto, and report back to the Court with their proposals by November 21, 2023.

2. All other discovery and deadlines in the above-captioned actions will be stayed pending completion of the evidentiary hearing and the Court's resolution of the issues presented.

3. The Parties shall meet and confer regarding the appropriate scope of and procedures for identifying materials from the matter captioned *California Institute of Technologies v. Samsung Electronics*, 2:21-cv-446 (E.D Tex.) for preservation and/or resolving any disputes over scope.  To facilitate those discussions, the California Institute of Technology ("Caltech") has sought leave from Chief Judge Gilstrap in the Eastern District of Texas for an extension of time to comply with the Order Granting Caltech's Motion for Protection Relating to Compliance with Protective Orders (Dkt. No. 365) in *California Institute of Technologies v. Samsung Electronics*, 2:21-cv-446 (E.D Tex.).  (Dkt. 366).  Judge Gilstrap granted the motion on October 31, 2023.  (Dkt. 369 (granting Caltech's motion)).

**SIGNED** this 6th day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE